STEVEN C. BURT #683877b
S.S.C.F. 4295 Rt. 47
Delmont N.J. 08314

Re: UP COMMING CIVIL CASE (42 USC § 1983)

Dear Mr. Fedifield,

    My name is Steven C. Burt I am incarcerated at the Southern State Correctional Facility. I am in need of some much needed information pertaining to the **COVID-19** pandemic and the opinion of certain circumstances. So please if you would answer a few of my questions about how and why certain procedures should or should not be used. These questions are for the reasons for an upcoming case concerning the exposure to **CORONAVIRUS** though a prison transfer and being housed on a unit that was used to **QUARATINE** inmates that previously tested positive for the virus. This case has been filed with the United States District Court for the District of New Jersey and have a Docket number and at this time I am proceeding Pro se and gathering much information that I can being as though I have no real means of collecting certain evidence and doing it this way will cut down my witness list. So if you would please answer the questions below to the best of your knowledge or opinion and return to me a copy of your answers notarized as an affidavit.

Thank You Kindly

*[signature]*

STEVEN C. BURT PRO SE

C: / CDC Director Robert R. Redifield M.D.
    U.S. District Court
        File

1. Would you recommend transferring inmates to another prison during the pandemic without being tested although there was testing weeks after the transfer? Why or why not?

2. Would you recommend that a quarantined unit be used for multiple purposes other than quarantine? Why or why not? (E.g., isolation, and or regular population).

3. Would you recommend transferring inmates on a bus sitting side-by- side inches apart without wearing face masks? Why or why not?

4. Would you recommend transferring inmates from a prison that has means of social distancing rather than transferring them to a prison that has little social distancing. Why or why not?•

I certify that my answers are true to the best of my knowledge and that I signed this in the presents of a notary.

Dated: _____

/s/_____

Notary:



STEVEN C. BURT
S.S.C.F. 4295 Rt. 47
Delmont N.J. 08314

RECEIVED
FEB 17 2021
AT 8:30___
WILLIAM T. WALSH
CLERK

SOUTH JERSEY NJ 080
13 FEB 2021 PM 4 L

X-RATED

United States District Court
Court Clerk
4th & Cooper Streets room 1050
Camden N.J. 08101

08101-999955